DRUMMOND LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Pardee, Esq.
Nevada Bar No. 14417
3325 W. Sahara Avenue
Las Vegas, NV 89102
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com

PRINCE LAW GROUP
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
10801 West Charleston Blvd., Suite 560
Las Vegas, NV 89135
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually; <br><br>  Plaintiffs, <br><br> vs. <br><br> KEY INSURANCE, a foreign corporation d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES I through V; and ROE CORPORATIONS VI-X, inclusive, <br><br>  Defendants. | CASE NO.: 2:22-cv-01542-APG-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, A MOTION TO STAY PROCEEDINGS AND EXTENSION FOR DEFENDANT'S OPPOSITION TO THE MOTION FOR REMAND AND MOTION FOR PREFERENTIAL TRIAL SETTING**

COMES NOW, Plaintiffs ALEKA and BETTY JACKSON, by and through their counsel, CRAIG W. DRUMMOND, ESQ., and LIBERTY A. PARDEE, ESQ. of DRUMMOND LAW FIRM, and DENNIS M. PRINCE, ESQ. and KEVIN T. STRONG, ESQ., of PRINCE LAW GROUP, and Defendant KEY INSURANCE COMPANY, by and through their counsel, JAMES P.C. SILVERSTRI, ESQ. and ALI R. IQBAL, ESQ. of PYATT SILVESTRI, hereby stipulate and agree that the time for Plaintiffs to file their Opposition to Defendant's Motion to Dismiss, or in the Alternative, a Motion to Stay Proceedings be extended as set forth herein. Plaintiffs' Opposition is due September 28, 2022. The parties hereby stipulate that the due date for Plaintiffs' Opposition be extended to October 5, 2022. The parties also stipulate that the due date for Defendant's Reply be extended to October 12, 2022.

The parties also stipulate and agree that the time for Defendant to file their Oppositions to the Motion for Remand and Motion for Preferential Trial Setting be extended as set forth herein. Defendant's Opposition to the Motion for Remand and Motion for Preferential Trial Setting is due October 4, 2022. The parties hereby stipulate that the due date for Defendant's Opposition be extended to October 11, 2022. The parties also stipulated that the due date for Plaintiffs' Reply be extended to October 18, 2022.

### Reason for Extension

Plaintiffs require additional time to develop its arguments fully before their brief is filed. Further, Prince Law Group has recently co-counseled on the case and needs additional time to review the file in this matter. This stipulation is made in good faith and not for the purpose of delay.

///

///

This is the first extension of time requested for filing Plaintiffs' Opposition to Defendant's Motion to Dismiss, or in the Alternative, a Motion to Stay Proceedings. This is also the first extension of time requested for filing Defendant's Opposition to the Motion for Remand and Motion for Preferential Trial Setting.

DATED this  28th  day of September, 2022.

| DRUMMOND LAW FIRM | PYATT SILVESTRI |
|---|---|
| DATED this  28th  day of September, 2022. | DATED this  28th  day of September, 2022. |
| By  /s/ Craig W. Drummond, Esq. <br> Craig W. Drummond, Esq. <br> Nevada Bar No. 11109 <br> Liberty A. Pardee, Esq. <br> Nevada Bar No. 14417 <br> 3325 W. Sahara Avenue <br> Las Vegas, NV 89102 | By  /s/ Ali R. Iqbal, Esq. <br> James P.C. Silvestri Esq. <br> Nevada Bar No. 3603 <br> Ali R. Iqbal, Esq. <br> Nevada Bar No. 15056 <br> 701 Bridger Ave., Suite 600 <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant Key Insurance Company* |

PRINCE LAW GROUP
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
10801 West Charleston Blvd., Suite 560
Las Vegas, NV 89135
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this  29th  day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE