UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually<br><br>Plaintiffs,<br><br>v.<br><br>KEY INSURANCE, a foreign corporation d/b/a/ STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GOUP; DOES I through V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01542-APG-VCF<br><br>ORDER DENYING MOTION FOR PREFERENTIAL TRIAL SETTING<br><br>[ECF No. 10] |

The plaintiffs move for an expedited trial setting based upon Nevada Revised Statutes § 16.025. That statute is a procedural rule, not a substantive rule, and thus does not apply in federal court. *Orlando v Govt. Employees Ins. Co.*, Case No. 2:20-cv-1904, 2021 WL 1342521 (D. Nev. 2021). Nor do I see a reason to expedite the trial date at this time under my inherent powers. The parties can control the length of time to trial by using a shortened discovery plan, cooperating in discovery, not filing meritless motions, and complying with the court's rules and deadlines. In their proposed joint pretrial order, either party may request an expedited trial date, which I will consider at that point.

I THEREFORE ORDER that the plaintiffs' motion for preferential trial setting **(ECF No. 10) is denied**.

DATED THIS 26th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE