**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aleka Jackson,<br><br>           Plaintiff(s),<br><br>vs.<br><br>Key Insurance Company,<br><br>           Defendant(s). | **2:22-cv-01542-APG-MDC**<br><br>**Order** |

In light of the tragic events of April 8, 2024, the Court *sua sponte* vacates the pre-trial deadlines set forth in its March 8, 2024, Order (ECF No. 37). Discovery shall be temporarily stayed for 60 days from the date of this Order. The parties are requested to please confer and submit a stipulation by June 17, 2024, with proposed new pre-trial and discovery deadlines.

DATED this 11th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge