DRUMMOND LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Joey@DrummondFirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually, | CASE NO.: 2:22-cv-01542-APG-MDC |
| Plaintiffs, | |
| vs. | |
| KEY INSURANCE, a foreign corporation d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES I through V; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

## **STIPULATION TO SUBSTITUTE LEAD COUNSEL**

COME NOW the Plaintiffs under LR 7-1 and LR IA 11-6(c) and request and consent to change lead counsel of record. Lead counsel of record Dennis M. Prince of Prince Law Group is now deceased. Current co-counsel of record for Plaintiffs, Craig W. Drummond, requests and consents to change in as lead counsel for record for Plaintiffs.

Upon acceptance of this Stipulation and Order, Dennis M. Prince and Kevin T. Strong will no longer be counsel of record for Plaintiffs.

Page 1

Submitted by:

| | |
|---|---|
| PRINCE LAW GROUP | DRUMMOND LAW FIRM |

By _____//Signed See Attached//_____
Kevin T. Strong
Nevada Bar No. 12107
10801 W. Charleston Blvd.
Suite 560
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

By _____//Signed//_____
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

WE REQUEST AND APPROVE OF THE SUBSTITUTION:

See attached w/Signature
ALEKA JACKSON
Plaintiff

See attached w/Signature
BETTY JACKSON
Plaintiff

No objection to the proposed Stipulation and substitution:

PYATT SILVESTRI

By_//Digitally Signed See Attached//_
James. P.C. Silvestri
Nevada Bar No. 3603
Ali R. Iqbal
Nevada Bar No. 15056
701 Bridger Ave.
Las Vegas, Nevada 89101
*Attorneys for Defendant Key Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: ___July 8, 2024_____