JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com

*Attorneys for Defendant,*
*KEY INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually;<br>BETTY JACKSON, individually;<br><br>    Plaintiffs,<br><br>    vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES-V; and ROE CORPORATIONS VI through X, inclusive,<br><br>    Defendants. | CASE NO.:  2:22-cv-01542-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL UNREDACTED DOCUMENTS AND DEPOSITION TESTIMONY** |

COMES NOW, Defendant KEY INSURANCE COMPANY, by and through their counsel, JAMES P.C. SILVERSTRI, ESQ. and ALI R. IQBAL, ESQ. of PYATT SILVESTRI, Plaintiffs ALEKA and BETTY JACKSON, by and through their counsel, CRAIG W. DRUMMOND, ESQ., and JOSEPH A. TUTONE, ESQ. of DRUMMOND LAW FIRM, hereby stipulate and agree that the time for Defendant's to file their Opposition to Plaintiff's Motion to Compel Unredacted Documents and Deposition Testimony be extended as set forth herein. Defendant's opposition is currently due September 2, 2024, which is a holiday (Labor Day). The parties hereby stipulate that the due date for Defendant's Opposition be extended to September 9,

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 1 of 3

2024. The parties also stipulate that the time for Plaintiffs' Reply be extended to September 16, 2024.

## **REASONS FOR EXTENSION**

This is a matter that involves complicated issues of both attorney-client privilege, as well as work product privilege, not solely matters that deal with general matters of discovery.

Defendant requires additional time to develop its arguments fully before their brief is filed. Defendant disclosed a supplemental privilege log, on August 22, 2024, which was in response to Plaintiffs' Motion to Compel. Defendants also assert confidential documents that are referenced in their opposition that need to be filed under a Motion to Seal along with their opposition. Since the deadline for Defendant's opposition falls on a holiday, Defendant seeks to ensure such is filed timely and complies with the existing protective order (Docket #39). This stipulation is made in good faith and not for the purpose of delay.

. . .

. . .

. . .

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 2 of 3

This is the first extension of time requested for filing Defendant's Opposition to Plaintiffs Motion to Compel, as well as for the Reply in Support of Plaintiffs Motion to Compel.

Dated this 29th of August, 2024.

Dated this 29th of August, 2024.

**PYATT SILVESTRI**

/s/ *Ali R. Iqbal, Esq.*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
7670 W. Lake Mead Blvd.
Las Vegas, NV 89128
Attorneys for Defendant,
KEY INSURANCE COMPANY

Dated this 29th of August, 2024.

**DRUMMOND LAW FIRM**

/s/*Craig Drummond*____
Craig W. Drummond, Esq.
Joseph A. Tutone, Esq.
3325 W. Sahara Avenue
Las Vegas, NV 89102
Craig@DrummondFirm.com
Joey@DrummondFirm.com
*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED

DATED THIS __3rd__ day of __September__, 2024.

_____
United States Magistrate Judge

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000