UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually<br><br>Plaintiffs,<br><br>v.<br><br>KEY INSURANCE, a foreign corporation d/b/a/ STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GOUP; DOES I through V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01542-APG-MDC<br><br>**Order Affirming Magistrate Judge's Order Denying Motion to Compel**<br><br>[ECF No. 62] |

The plaintiffs filed a motion to compel Key Insurance to produce documents and to compel two depositions: Key's FRCP 30(b)(6) witness and prior counsel Thomas Larmore, Esq. ECF No. 50. Magistrate Judge Couvillier granted that motion in part, ordering Key to produce a witness to respond to deposition topics outlined in his order. ECF No. 61. He denied in part the remainder of the motion without prejudice. *Id.* The plaintiffs have appealed that order. ECF No. 62.

I have reviewed the appeal, Judge Couvillier's Order, and the underlying papers. Judge Couvillier's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Judge Couvillier denied the document request without prejudice. If the plaintiffs can identify the specific documents they seek to compel and explain why Key's redactions on those documents are improper, them may move again for an order to compel. Similarly, as Judge Couvillier ruled, the plaintiffs may depose Key's 30(b)(6) witness and then move to compel Mr. Larmore's deposition based on a narrower scope.

I THEREFORE ORDER that Magistrate Judge Couvillier's Order **(ECF No. 61) is affirmed** and the plaintiffs' appeal **(ECF No. 62) is denied**.

DATED THIS 16th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE