**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, NV 89102
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Joey@DrummondFirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>KEY INSURANCE, a foreign corporation d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES I through V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01542-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY, DISPOSITIVE MOTIONS DEADLINE, AND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ALEKA JACKSON and BETTY JACKSON ("Plaintiffs"), through their counsel of record, Craig W. Drummond, Esq. of the DRUMMOND LAW FIRM; and Defendant KEY INSURANCE COMPANY d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP ("Defendant"), through its counsel of record, James P.C. Silvestri and Ali R. Iqbal of PYATT SILVESTRI, that the close of discovery, dispositive motions deadline, and joint pretrial order deadline shall be extended sixty (60) days pursuant to LR 26-3. This is the parties' seventh request for an extension of the discovery deadlines. The parties set forth the following information in support of their stipulation, including additional discovery undertaken since the last stipulation, which is designated in **bold**.

# I.

# DISCOVERY COMPLETED TO DATE

### A. FRCP 26(a) Disclosures and Supplements

| Title | Date Served |
|---|---|
| Plaintiffs Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | Jan. 18, 2023 |
| Defendant's Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Jan. 18, 2023 |
| Defendant's First Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Mar. 16, 2023 |
| Defendant's Second Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Nov. 2, 2023 |
| Defendant's Initial Designation of Expert Witnesses and Disclosure | Nov. 2, 2023 |
| Plaintiffs' Initial Expert Disclosure Pursuant to FRCP 26(a)(2) | Nov. 3, 2023 |
| Plaintiffs' First Supplement to Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | Dec. 1, 2023 |
| Plaintiffs' Rebuttal Expert Disclosure Pursuant to FRCP 26(a)(2) | Dec. 4, 2023 |
| Defendant's Designation of Rebuttal Expert Witnesses and Disclosure | Dec. 4, 2023 |
| Defendant's Third Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Dec. 4, 2023 |
| Defendant's Fourth Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Dec. 5, 2023 |
| Plaintiffs' First Supplement to Initial Expert Disclosure Pursuant to FRCP 26(a)(2) | Jan. 11, 2024 |
| Plaintiff's Second Supplement to Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | July 5, 2024 |
| Defendant Key Insurance Company's 2nd Supplemental Privilege Log | Aug. 22, 2024 |

### B. Written Discovery

| Title | Date Served |
|---|---|
| Plaintiff Aleka Jackson's First Set of Interrogatories to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |
| Plaintiff Betty Jackson's First Set of Interrogatories to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

| | | |
|---|---|---|
| 1 2 | Plaintiffs' First Set of Requests for Production of Documents to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |
| 3 | Defendant Key Insurance Company's Responses to Plaintiff Aleka Jackson's First Set of Requests for Interrogatories | Mar. 16, 2023 |
| 4 | Defendant Key Insurance Company's Responses to Plaintiff Betty Jackson's First Set of Requests for Interrogatories | Mar. 16, 2023 |
| 5 | Defendant Key Insurance Company's Responses to Plaintiff's First Set of Requests for Production | Mar. 16, 2023 |
| 6 7 | Defendant Key Insurance Company's First Set of Interrogatories to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| 8 | Defendant Key Insurance Company's First Set of Requests for Production to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| 9 | Defendant Key Insurance Company's First Set of Requests for Admissions to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| 10 | Defendant Key Insurance Company's First Set of Interrogatories to Plaintiff Betty Jackson | Mar. 22, 2023 |
| 11 12 | Defendant Key Insurance Company's First Set of Requests for Production to Plaintiff Betty Jackson | Mar. 22, 2023 |
| 13 | Defendant Key Insurance Company's First Set of Requests for Admissions to Plaintiff Betty Jackson | Mar. 22, 2023 |
| 14 | Plaintiff Aleka Jackson's Answers to Defendant Key Insurance Company's First Set of Interrogatories | April 21, 2023 |
| 15 | Plaintiff Aleka Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Production of Documents | April 21, 2023 |
| 16 17 | Plaintiff Aleka Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Admissions | April 21, 2023 |
| 18 | Plaintiff Betty Jackson's Answers to Defendant Key Insurance Company's First Set of Interrogatories | April 21, 2023 |
| 19 | Plaintiff Betty Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Production of Documents | April 21, 2023 |
| 20 | Plaintiff Betty Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Admissions | April 21, 2023 |
| 21 22 | Plaintiff Aleka Jackson's Second Set of Interrogatories to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 29, 2024 |
| 23 24 | Plaintiffs' Second Set of Requests for Production of Documents to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 29, 2024 |

### C. Depositions

| Deponent | Date |
|---|---|
| Plaintiff Betty Jackson | April 20, 2023 |

| Plaintiff Aleka Jackson | April 21, 2023 |
|---|---|
| Terry McCollam | Dec. 4, 2023 |
| Carolyn Bowers | Dec. 5, 2023 |
| Carolyn Bowers (continued) | Aug. 7, 2024 |

## II.
### DISCOVERY TO BE COMPLETED

1.  **Following the decision and affirmance on the Plaintiff's Motion to Compel Production of Unredacted Documents and Deposition Testimony (CMECF #50), the parties worked together to set the FRCP 30(b)(6) Witness(es) for Defendant Key Ins. Co. The Order Affirming Magistrate Judge's Order Denying Motion to Compel was filed on December 16, 2024 (CMECF #68). The earliest date for the deponent and defense following that decision was Friday, January 24, 2025 at 10:00am. Unfortunately, that morning defense counsel learned that their deponent had been taken to the hospital for an emergency medical condition. As such, it was agreed by the parties to reschedule the FRCP 30(b)(6) deposition, as well as the potential deposition of attorney Thomas Laramore if such need should arrive based on the FRCP 30(b)(6) deposition. At this time, defense counsel is working with their client to determine the deponent[s], and potential dates, for the re-scheduled FRCP 30(b)(6) deposition and this continuance of discovery is being requested based on the unforeseen emergency health circumstance of the deponent.**

   a. FRCP 30(b)(6) Witness(es) for Defendant Key Ins. Co.

   b. Thomas Laramore (Potential Deposition)

## III.
### REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

"[D]istrict courts . . . retain broad discretion to control their dockets………." *Shahrokhi v. Harter*, No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4 (D. Nev. Dec. 30, 2021). To prevail on a request to extend discovery deadlines, the parties must establish good cause. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). "Good cause to extend a discovery deadline exists if it cannot reasonably be met despite the diligence of the party seeking

the extension." *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.*, No. 2:18-cv-02342-APG-VCF, 2020 U.S. Dist. LEXIS166073, at *6 (D. Nev. Sep. 10, 2020) (internal quotations omitted). For the reasons set forth below, the parties respectfully submit that good cause supports their request for an extension of the close of discovery, dispositive motions deadline and joint pretrial order deadline.

The parties respectfully request an extension of the close of discovery, dispositive motions deadline, and joint pretrial order deadline for after the rescheduled the FRCP 30(b)(6) deposition, as well as the potential deposition of attorney Thomas Laramore if such need should arrive based on the FRCP 30(b)(6) deposition

On April 8, 2024, Attorney Dennis Prince, Esq. unexpectedly passed away. On June 19, 2024, Attorney Drummond filed his Stipulation to Substitute as Lead Counsel. *See* 2:22-cv-01542-APG-MDC Document 44. On August 7, 2024, Attorney Drummond took the second part of the depositions of Ms. Carolyn Bowers who was the Claims Handler for the underlying insurance claim. That following the deposition of Ms. Bowers on August 7, 2024, Attorney Drummond conferred with Attorney Iqbal regarding matters related to attorney-client privilege and work-product privilege. Further, counsel for the parties discuss the then upcoming FRCP 30(b)(6) deposition set for August 15, 2024. Further, counsel for the parties discussed that they would likely need to be moved to address the assertion of attorney-client privilege, as well as to agree on the topic areas. On Friday, August 9, 2024, a conference call was held during which all counsel participated, including Attorney Joseph Tutone, Esq. with the Drummond Law Firm, as well as Mr. Silvestri and Mr. Iqbal with Pyatt Silvestri representing the Defendant.

**Following the conference, on August 19, 2024, counsel for the Plaintiffs filed a Motion to Compel Production of Unredacted Documents and Deposition Testimony (CMECF #50). On December 3, 2024, this Honorable Court signed the Sixth Request to extend discovery (CMECF #67). As outlined above, the Order Affirming Magistrate Judge's Order Denying Motion to Compel was filed on December 16, 2024 (CMECF #68). The earliest date for the deponent and defense following that decision was Friday, January 24, 2025 at 10:00am. Unfortunately, that morning defense counsel learned that their deponent had been taken to the hospital for an emergency medical condition. As such, it was agreed by the parties to**

**reschedule the FRCP 30(b)(6) deposition, as well as the potential deposition of attorney Thomas Laramore if such need should arrive based on the FRCP 30(b)(6) deposition. At this time, defense counsel is working with their client to determine the deponent[s], and potential dates, for the re-scheduled FRCP 30(b)(6) deposition and this continuance of discovery is being requested based on the unforeseen emergency health circumstances.**

**This request is being made before the current deadlines expire from the Sixth requested extension filed on December 3, 2024, (CMECF #67).**

Based on the reasons set forth above, the parties respectfully submit that good cause supports their requested stipulation for sixty days (60) day extension of the close of discovery, dispositive motions deadline, and joint pretrial order deadline. The parties' requested extension of these deadlines is not made in bad faith or to cause any unnecessary delays in the resolution of this matter.

## IV.
## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

|  | Current Date | Proposed Date |
|---|---|---|
| Amend Pleadings and Add Parties: | July 5, 2023 | **Closed** |
| Initial Expert Disclosures: | August 3, 2023 | **Closed** |
| Rebuttal Expert Disclosures: | September 5, 2023 | **Closed** |
| Close of Discovery: | January 28, 2025 | **March 31, 2025**[1] |
| Dispositive Motions | February 27, 2025 | **April 30, 2025** |
| Joint Pretrial Order | March 31, 2025 | **May 30, 2025** |

///

---

[1] Actual deadline falls on Saturday, March 29, 2025.

Based on the foregoing, the parties respectfully request this Court grant their Stipulation and Order to Extend the Close of Discovery Dispositive Motions Deadline and Joint Pretrial Order (Seventh Request).

DATED this 27th day of January, 2025.

**DRUMMOND LAW FIRM**

By /s/ Craig W. Drummond
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

DATED this 27th day of January, 2025.

**PYATT SILVESTRI**

By /s/ Ali R. Iqbal
James P.C. SILVESTRI, Esq.
Nevada Bar No. 3603
ALI R. IQBAL, Esq.
Nevada Bar No. 15056
701 Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-27-25