ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
7670 West Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com

*Attorneys for Defendant,*
KEY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually;<br><br>    Plaintiffs,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation d/b/a STORM GEAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES-V; and ROE CORPORATIONS VI through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:22-cv-01542-APG-VCF<br><br>**STIPULATION TO STAY ALL DISCOVERY DEADLINES AND STAY THE CASE**<br><br>**(8TH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, KEY INSURANCE COMPANY ("KEY"), by and through its attorneys, ALI R. IQBAL, ESQ, and JAMES P.C. SILVESTRI, ESQ., of PYATT SILVESTRI, and Plaintiffs ALEKA JACKSON and BETTY JACKSON ("Plaintiffs") by and through their counsel, Craig W. Drummond, Esq. of the DRUMMOND LAW FIRM, that all discovery deadlines are stayed for ninety (90) days, pursuant to the agreement of the parties. This is the party's eighth request for an alteration to the discovery deadlines. The parties set forth the following information in support of their stipulation.

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 1 of 6

# I.

# DISCOVERY COMPLETED TO DATE

### A. FRCP 26(a) Disclosures and Supplements

| Title | Date Served |
|---|---|
| Plaintiffs Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | Jan. 18, 2023 |
| Defendant's Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Jan. 18, 2023 |
| Defendant's First Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Mar. 16, 2023 |
| Defendant's Second Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Nov. 2, 2023 |
| Defendant's Initial Designation of Expert Witnesses and Disclosure | Nov. 2, 2023 |
| Plaintiffs' Initial Expert Disclosure Pursuant to FRCP 26(a)(2) | Nov. 3, 2023 |
| Plaintiffs' First Supplement to Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | Dec. 1, 2023 |
| Plaintiffs' Rebuttal Expert Disclosure Pursuant to FRCP 26(a)(2) | Dec. 4, 2023 |
| Defendant's Designation of Rebuttal Expert Witnesses and Disclosure | Dec. 4, 2023 |
| Defendant's Third Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Dec. 4, 2023 |
| Defendant's Fourth Supplemental List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) | Dec. 5, 2023 |
| Plaintiffs' First Supplement to Initial Expert Disclosure Pursuant to FRCP 26(a)(2) | Jan. 11, 2024 |
| Plaintiff's Second Supplemental to Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | July 5, 2024 |
| Defendant's Key Insurance Company's 2nd Supplemental Privilege Log | August 22, 2024 |

### B. Written Discovery

| Title | Date Served |
|---|---|
| Plaintiff Aleka Jackson's First Set of Interrogatories to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |
| Plaintiff Betty Jackson's First Set of Interrogatories to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |
| Plaintiffs' First Set of Requests for Production of Documents to Defendant Key Insurance Company d/b/a Storm Legal Group and d/b/a Desert Ridge Legal Group | Feb. 14, 2023 |
| Defendant Key Insurance Company's Responses to Plaintiff Aleka Jackson's First Set of Requests for Interrogatories | Mar. 16, 2023 |

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 2 of 6

| | |
|---|---|
| Defendant Key Insurance Company's Responses to Plaintiff Betty Jackson's First Set of Requests for Interrogatories | Mar. 16, 2023 |
| Defendant Key Insurance Company's Responses to Plaintiff's First Set of Requests for Production | Mar. 16, 2023 |
| Defendant Key Insurance Company's First Set of Interrogatories to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| Defendant Key Insurance Company's First Set of Requests for Production to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| Defendant Key Insurance Company's First Set of Requests for Admissions to Plaintiff Aleka Jackson | Mar. 22, 2023 |
| Defendant Key Insurance Company's First Set of Interrogatories to Plaintiff Betty Jackson | Mar. 22, 2023 |
| Defendant Key Insurance Company's First Set of Requests for Production to Plaintiff Betty Jackson | Mar. 22, 2023 |
| Defendant Key Insurance Company's First Set of Requests for Admissions to Plaintiff Betty Jackson | Mar. 22, 2023 |
| Plaintiff Aleka Jackson's Answers to Defendant Key Insurance Company's First Set of Interrogatories | April 21, 2023 |
| Plaintiff Aleka Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Production of Documents | April 21, 2023 |
| Plaintiff Aleka Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Admissions | April 21, 2023 |
| Plaintiff Betty Jackson's Answers to Defendant Key Insurance Company's First Set of Interrogatories | April 21, 2023 |
| Plaintiff Betty Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Production of Documents | April 21, 2023 |
| Plaintiff Betty Jackson's Responses to Defendant Key Insurance Company's First Set of Requests for Admissions | April 21, 2023 |
| Plaintiff Aleka Jackson's Second Set of Interrogatories to Defendant Key Insurance Company | Feb. 29, 2024 |
| Plaintiffs' Second Set of Requests for Production of Documents to Defendant Key Insurance Company | Feb. 29, 2024 |
| Defendant's Answers to Plaintiff's 2nd set of Requests for Production of Documents | April 15, 2024 |
| Defendant's Answers to Plaintiff's 2nd set of Interrogatories | April 17, 2024 |

**C. Depositions**

| Deponent | Date |
|---|---|
| Plaintiff Betty Jackson | April 20, 2023 |
| Plaintiff Aleka Jackson | April 21, 2023 |
| Terry McCollam | Dec. 4, 2023 |
| Carolyn Bowers | Dec. 5, 2023 |
| Scott Glogovac | March 12, 2024 |
| Carolyn Bowers (continued) | August 7, 2024 |
| Key Insurance FRCP 30(b)(6) | March 24, 2025 |

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000

## II.

## DISCOVERY TO BE COMPLETED

The parties previously had a FRCP 30(b)(6) deposition of Defendant on calendar for March 24, 2024. Plaintiff has also reserved his right to seek a motion to compel the potential deposition of Thomas Larmore, Esq., pending the FRFP 30(b)(6) deposition.

After submitting a Stipulation and Order regarding a discovery dispute concerning the remaining deposition[s], on March 14, 2025, the Honorable Magistrate Judge Maximiliano D. Couvillier, III issued a minute order directing further briefing as to moving forward with the FRCP 30(b)(6) deposition. *See* CMECF #74.

## III.

## REASONS THAT THE DISCOVERY NEEDS TO BE STAYED

On March 3, 2025, the District Court of Shawnee County, Kansas, in Case No. 2025 CV 151, ordered Key Insurance Company ("Key") to be placed in rehabilitation ("Order of Rehabilitation") and appointed the Kansas Commissioner of Insurance, Vicki Schmidt, as the Rehabilitator of Key, with all the rights, duties, powers and obligations under law and under K.S.A. § 40-3605, *et seq*. Under the terms of the Order of Rehabilitation, *inter alia*: (a) the Rehabilitator was ordered to take possession and title of Key and all of its books, records, accounts and all other assets and property, wherever located and in whatever form, under the general supervision of the Rehabilitation Court; (b) a moratorium was imposed on the payment by Key of any claim against a policy, policyholder, or Key in an amount that exceeds the policy limits of the applicable insurance policy or policies; and (c) actions against Key or its property or the enforcement of a judgment against Key or its property were enjoined.

Under Kansas statute K.S.A. 40-3619, any court in the state of Kansas before which any action or proceeding in which the insurer is a party, or is obligated to defend a party, is pending when a rehabilitation order against the insurer is entered shall stay the action or proceeding for 90 days and such additional time as is necessary for the Rehabilitator to obtain proper representation and prepare for further proceedings. The Rehabilitator is also directed to immediately consider all

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 4 of 6

litigation pending outside this state and shall petition the courts having jurisdiction over such litigation for stays whenever necessary to protect the estate of the insurer.

The Rehabilitator has determined that it is necessary to protect the interests of the Estate of Key to petition the courts in every jurisdiction where a lawsuit is pending against a Key policyholder or Key itself, to allow the Rehabilitator sufficient time to evaluate the financial condition and viability of Key. While the Rehabilitator determines what is necessary, the parties have agreed to stay the case, including all further discovery, further motions, and any other actions that would potentially need The Rehabilitator's input or involvement.

On March 28, 2025, Key Insurance filed their DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANT'S 30(B)(6) DEPOSITION. *See* CMECF #75.

Further, on March 31, 2025, the Kansas District Court entered a FINAL ORDER AND JUDGMENT OF LIQUIDATION WITH FINDING OF INSOLVENCY OF KEY INSURANCE COMPANY. *See* CMECF 76-1.

Given the recent Liquidation Order, the parties agree that moving forward with the deposition at this time is not appropriate. The Plaintiffs are withdrawing their request to move forward with the FRCP 30(b)(6) deposition at this time. The parties jointly request that the present case be stayed for approximately 90 (ninety) days pending the outcome of the rehabilitation and liquidation of Key, at which point the Court may set a status check so the parties may advise of the status of such.

Additionally, per request by the Special Duty Receiver, counsel for Key is directed to inform the federal court that they are to stop all work unless re-engaged by the Liquidator. *See* attached, **Exhibit A.**

## IV.

## PROPOSED SCHEDULE FOR CLOSE OF DISCOVERY, DISPOSITIVE MOTIONS, AND JOINT PRE-TRIAL ORDER

Key requests that this Court implement a 90-day stay for the reasons stated above, until at least July 7, 2025. At that point, the parties would agree to new deadlines depending on the

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 5 of 6

circumstances of Key and the status of the Rehabilitation.

|  | Current Date | **Proposed Date** |
|---|---|---|
| Amend Pleadings and Add Parties: | July 5, 2023 | **Closed** |
| Initial Expert Disclosures: | August 3, 2023 | **Closed** |
| Rebuttal Expert Disclosures: | September 5, 2023 | **Closed** |
| Close of Discovery: | March 31, 2025[1] | **TBD** |
| Dispositive Motions | April 30, 2025 | **TBD** |
| Joint Pretrial Order | May 30, 2025 | **TBD** |

Based on the foregoing, the parties respectfully request this Court grant their Stipulation and Order to Stay All Discovery Deadlines (Eighth Request).

DATED this 8th day of April, 2025.

**PYATT SILVESTRI**

By  /E-SIGNED
James P.C. SILVESTRI, Esq.
Nevada Bar No. 3603
ALI R. IQBAL, Esq.
Nevada Bar No. 15056
701 Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendants*

DATED this 8th day of April, 2025.

**DRUMMOND LAW FIRM**

By  E-SIGNED
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

IT IS SO ORDERED: The stipulation is granted. All discovery and pre-trial deadlines are VACATED. The parties shall submit a "Stipulation Regarding Status" by July 11, 2025, advising the Court of the status of defendant's rehabilitation and liquidation and discovery in this matter.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-11-25

---

[1] Actual deadline falls on a Saturday, March 29, 2025.

Pyatt Silvestri
7670 W. Lake Mead Blvd
Suite 250
Las Vegas, NV 89128
(702) 383-6000