# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Aleka Jackson, et al.,

          Plaintiff(s),

vs.

Key Insurance Company, et al.,

          Defendant(s).

2:22-cv-01542-MDC

**ORDER**

The parties agreed that this matter would be dismissed without prejudice if the plaintiff did not file a report by April 1, 2026 advising the Court regarding the proceeding in Kansas. *See ECF No. 85*. Neither of the parties have filed anything since the Court's hearing and the deadline to update the Court has passed. The Court thus dismisses this case without prejudice, pursuant to the parties' agreement on the record.

**IT IS ORDERED that:**

1.  This action is **DISMISSED WITHOUT PREJUDICE**.

2.  The Clerk of Court is **DIRECTED** to please enter judgment accordingly and **CLOSE** this case.

DATED: April 9, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge