**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, NV 89102
T: (702) 366-9966
(702) CAPTAIN
F: (702) 508-9440
Craig@DrummondFirm.com
Joey@DrummondFirm.com
*Attorneys for Plaintiffs*

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEKA JACKSON, individually; BETTY JACKSON, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>KEY INSURANCE, a foreign corporation d/b/a STORM LEGAL GROUP and d/b/a DESERT RIDGE LEGAL GROUP; DOES I through V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01542-APG-VCF |

**PLAINTIFFS' MOTION TO VACATE OR MODIFY JUDGMENT**

COMES NOW, Plaintiffs ALEKA and BETTY JACKSON, by and through their attorney, CRAIG W. DRUMMOND, ESQ., of the DRUMMOND LAW FIRM, hereby submit this MOTION requesting appropriate relief to correct the record and VACATE or in the alternative, MODIFY, the Judgment entered against them following dismissal of their case.

This MOTION is made and based on the following memorandum of points and authorities, any exhibits attached hereto, the papers and pleadings on file herein, and any oral argument.

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

**DECLARATION OF CRAIG W. DRUMMOND, ESQ. IN SUPPORT OF MOTION**

CRAIG W. DRUMMOND, ESQ, being first duly sworn, deposes and says:

1. That I am a duly licensed practicing attorney in the State of Nevada, Clark County, maintaining an office at Drummond Law Firm, 3325 W. Sahara Ave., Las Vegas, Nevada 89102 and am now lead attorney of record for Plaintiffs in the above-entitled matter.

2. I make this declaration in support of this motion.

3. On March 3, 2025, the District Court of Shawnee County, Kansas, in Case No. 2025 CV 151, ordered Key Insurance Company ("Key") to be placed in rehabilitation ("Order of Rehabilitation") and appointed the Kansas Commissioner of Insurance, Vicki Schmidt, as the Rehabilitator of Key, with all the rights, duties, powers and obligations under law and under K.S.A. § 40-3605, et seq.

4. On March 31, 2025, the Kansas District Court entered a FINAL ORDER AND JUDGMENT OF LIQUIDATION WITH FINDING OF INSOLVENCY OF KEY INSURANCE COMPANY. *See* CMECF 76-1.

5. During a hearing on January 14, 2026 the law firm of Pyatt Silvestri was allowed to withdraw as counsel for Defendant Key Insurance Company. *See* CMECF 85. Mr. Philip Goodhart, Esq., of the law firm Thorndal Armstrong, agreed that he would be available to make a Special Appearance in this case on behalf of Key Insurance Company to effectuate the dismissal of the action pursuant to the insolvency.

6. Thereafter, the parties agreed that this matter would be dismissed without prejudice if the Plaintiffs did not file a report by April 1, 2026 advising the Court regarding the proceeding in Kansas. *See* CMECF No. 85. No report was filed.

7. On April 9, 2026, it was ordered that:

> 1. This action is DISMISSED WITHOUT PREJUDICE.
> 2. The Clerk of Court is DIRECTED to please enter judgment accordingly and CLOSE this case.

*See* CMECF 86.

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

8. Thereafter, the Clerk of Court entered a "JUDGMENT entered in favor of Defendant, Key Insurance Company and against Plaintiffs, Aleka Jackson, Betty Jackson without prejudice." *See* CMECF 87.

9. I sign this declaration in accordance with NRS §53.045 and under penalty of perjury.

DATED this 28th day of April, 2026.

Craig W. Drummond, Esq.
Nevada Bar No. 11109

## I. POINTS & AUTHORITIES

### i. FACTUAL OVERVIEW

Defendant Key Insurance Company has not prevailed in this matter and as such, this is a request to modify the Judgment entered against the Plaintiffs which currently states: "JUDGMENT entered in favor of Defendant, Key Insurance Company and against Plaintiffs, Aleka Jackson, Betty Jackson without prejudice." *See* CMECF 87.

### i. LAW

Under FRCP 58(b), a Judgment should be entered as follows:

(b) Entering Judgment.

(1) Without the Court's Direction. Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when:
(A) the jury returns a general verdict;
(B) the court awards only costs or a sum certain; or
(C) the court denies all relief.
(2) Court's Approval Required. Subject to Rule 54(b), the court must promptly approve the form of the judgment, which the clerk must promptly enter, when:
(A) the jury returns a special verdict or a general verdict with answers to written questions; or
(B) the court grants other relief not described in this subdivision (b).

In this case, this action was DISMISSED WITHOUT PREJUDICE because the Kansas District Court entered a FINAL ORDER AND JUDGMENT OF LIQUIDATION WITH FINDING OF INSOLVENCY OF KEY INSURANCE COMPANY. *See* CMECF 76-1 and 86. This action was not dismissed because Defendant Key Insurance Company prevailed.

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

The facts of this case are a bit unique given the liquidation and insolvency of Defendant Key Insurance and the statutory protections afforded to it under Kansas and Nevada law. The Plaintiffs did not want their case dismissed, however the law leaves them little option in this situation and as such, without objection, on April 9, 2026 this Court dismissed their case. *See* CMECF 86.

While it may be standard that a Judgment is entered against the Plaintiffs upon a dismissal this is a request to vacate the judgment and instead close the case with just a Dismissal. **The Plaintiffs are concerned that while they are not being ordered to pay any costs or fees that a Judgment entered in a public court record against them could have an affect on credit, job application, background check or other unintended consequence.** FRCP 60(a) allows relief from certain Judgments. "Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

Further FRCP 58(b)(1), our procedural rule for Judgments does grant the Court discretion by stating: "unless the court orders otherwise…"

Under Dismissal of Actions, FRCP 41(2) holds:

> (2) By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

<u>**In the alternative**</u>, this is a request to modify the form of the Judgment as allowed by FRCP 60(a). Currently the Order states: "JUDGMENT entered in favor of Defendant, Key Insurance Company and against Plaintiffs, Aleka Jackson, Betty Jackson without prejudice." *See* CMECF 87.

This is a request to instead Order: "JUDGMENT is hereby entered dismissing this case."

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

**Order**

The Court **GRANTS** and **DENIES** the Motion in part. The Court GRANTS the alternative request below:

"In the alternative, this is a request to modify the form of the Judgment (CMECF 87) and instead Order: "JUDGMENT is hereby entered dismissing this case.""

**IT IS SO ORDERED:** The Clerk of Court is **DIRECTED** to please enter a new judgment which reads: "IT IS ORDERED AND ADJUDGED, JUDGMENT is entered dismissing this case."

The motion is denied in all other aspects.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/20/26

DRUMMOND LAW FIRM
3325 W. SAHARA AVENUE
LAS VEGAS, NEVADA 89102
DRUMMONDFIRM.COM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2026, the undersigned served the foregoing **PLAINTIFFS' MOTION TO VACATE OR MODIFY JUDGMENT** on all counsel herein by causing a true copy to be served via e-mail to the below:

Philip Goodhart, Esq.
Nevada Bar No. 5332
600 S. Las Vegas Blvd.
Suite 400
Las Vegas, Nevada 89101
*Specially Appearing for Defendant*
*Key Insurance Company*

____JT /SIGNED/____
An Employee of DRUMMOND LAW FIRM